1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CARL ECKSTROM,                        No.  2:24-cv-3549 DJC AC P

12              Plaintiff,

13         v.                              ORDER

14   STATE OF CALIFORNIA, et al.,

15              Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed a motion styled as a

18   motion for new trial which appears to be a motion to reconsider the January 21, 2025

19   order denying his motions to proceed in forma pauperis.  ECF No. 9.

20         Local Rule 230(j) requires that a motion for reconsideration state "what new or

21   different facts or circumstances are claimed to exist which did not exist or were not

22   shown upon such prior motion, or what other grounds exist for the motion; and . . .

23   why the facts or circumstances were not shown at the time of the prior motion."  L.R.

24   230(j)(3)-(4).  Plaintiff's motion for reconsideration does not present any new or

25   different facts or circumstances that would demonstrate that he was in imminent

26   danger of serious physical injury at the time he filed the complaint.

27   ////

28   ////

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (ECF No. 9) is DENIED.  This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:   **February 14, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2